| | |
|---|---|
| Mark R. Thierman, Nev. Bar No. 8285<br>mark@thiermanbuck.com<br>Joshua D. Buck, Nev. Bar No. 12187<br>josh@thiermanbuck.com<br>Leah L. Jones, Nev. Bar No. 13161<br>leah@thiermanbuck.com<br>THIERMAN BUCK, LLP<br>7287 Lakeside Drive<br>Reno, Nevada 89511<br>Tel. (775) 284-1500<br>Fax. (775) 703-5027<br><br>Attorneys for Plaintiffs | Bryan J. Cohen, SBN 8033<br>BCohen@kzalaw.com<br>KAMER ZUCKER ABBOTT<br>3000 West Charleston Boulevard, Suite 3<br>Las Vegas, Nevada 89102-1990<br>Tel.  (702) 259-8640<br>Fax:  (702) 259-8646<br><br>Attorneys for Defendant |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RANDY CLAYTON and EMIL BOTEZATU on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ON DEMAND SEDAN SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>    Defendant(s). | Case No.: 2:15-cv-00050<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs RANDY CLAYTON and EMIL BOTEZATU and Defendant ON DEMAND SEDAN SERVICES, INC., by and through their undersigned counsel of record, that the above-entitled matter be dismissed

without prejudice, each party to bear its own attorneys' fees and costs.

Dated: May 8, 2015                    **THIERMAN BUCK, LLP**

/s/Joshua D. Buck
Mark R. Thierman
Joshua D. Buck
Leah L. Jones

Attorneys for Plaintiffs

Dated: May 8, 2015                    **KAMER ZUCKER ABBOTT**

/s/Bryan J. Cohen
Bryan J. Cohen

Attorneys for Defendant

### ORDER OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed without prejudice and each party shall bear its own attorneys' fees and costs.

Dated this 11th day of May, 2015.

_____
U.S. DISTRICT JUDGE